■ FAINA SLIVKINA, Appellant, v COUNTY OF WESTCHESTER et al., Respondents. (Action No. 1.) CLAIRE S. MEADOW et al., Appellants, v COUNTY OF WESTCHESTER et al., Respondents. (Action No. 2.) [672 NYS2d 780] —In two related actions, *inter alia*, to recover damages for false arrest, false imprisonment, and malicious prosecution, the plaintiffs in Action Nos. 1 and 2

appeal from a judgment of the Supreme Court, Westchester County (Silverman, J.), entered March 4, 1997, which, upon a jury verdict, is in favor of the defendants and against them.

Ordered that the judgment is affirmed, with costs.

The jury's verdict was based upon a fair interpretation of the evidence and we discern no reason to disturb it (*see, Nicastro v Park*, 113 AD2d 129).

The plaintiffs' remaining contentions are without merit. O'Brien, J. P., Santucci, Joy and McGinity, JJ., concur.